# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:00-CR-135-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| WILLIAM JOHNSTON (1) ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** upon defendant's Motion for Early Termination from Supervised Release [doc. #76] filed on November 27, 2017. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: December 6, 2017

Graham C. Mullen
United States District Judge